In the Matter of the Claim of MICHAEL ALLEN, Respondent, v ENTERPRISE RENT-A-CAR et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 13, 2007; decided September 18, 2007

Reported below, 38 AD3d 970.

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 802].